FILED: JULY 09, 2008
08 CV 3911
JUDGE COAR
MAGISTRATE JUDGE BROWN
RCC

Case 1:08-cv-03911   Document 1   Filed 07/09/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER L. SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>XEROX CAPITAL SERVICES LLC,<br><br>    Defendant. | United States District Court<br>Case No. _____<br><br>Circuit Court Case No. 2008 L 005525 |

## NOTICE OF REMOVAL

Defendant Xerox Capital Services LLC ("Xerox"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action filed by Plaintiff Roger L. Scott in the Circuit Court of Cook County, Illinois, Case No. 2008-L-005525, to the United States District Court for the Northern District of Illinois. Defendant expressly reserves all questions other than that of removal, and in support of its Notice of Removal, respectfully states the following:

    1.    This action has been filed and is presently pending as Case No. 2008 L 005525 in the circuit court of Cook County, Illinois under the caption *Roger L. Scott v. Xerox Capital Services LLC*.

    2.    A copy of the Complaint and Summons served upon Xerox in the state court action, is attached hereto as Exhibit A.

    3.    Defendant was served with the Summons and Complaint on June 10, 2008. Defendant's Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), within 30 days after service of Plaintiff's Complaint.

CHICAGO/#1799743.1

4.      Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964, as amended in 42 U.S.C. § 2000e *et seq.*, and the Family Medical Leave Act, 29 U.S.C. § 2601, *et seq.*

5.      This Court has original jurisdiction under 28 U.S.C. §1331 because Plaintiff's claim arises under the laws of the United States.

6.      A copy of this Notice of Removal is being served by regular United States mail on Plaintiff. A copy of this Notice of Removal will also be filed with the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendant Xerox Capital Services LLC respectfully requests that further proceedings in the Circuit Court of Cook County, Illinois be discontinued and that this action be moved in its entirety to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

XEROX CAPITAL SERVICES LLC

By: _____
          One of His Attorneys

Edward C. Jepson, Jr.
Aaron R. Gelb
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Firm ID No. 44284

Dated: July 9, 2008

2

CHICAGO/#1799743.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Notice of Removal* was served on:

Roger L. Scott
7201 S. Paxton
Chicago, IL 60649

by depositing the same in the U.S. Mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on July 9, 2008.

_____
Attorney for Defendant

CHICAGO/#1799743.1

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-75M-2/28/05 (43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

Roger L. Scott

v.

Xerox Capital Services L.L.C.

5560 N. Pearl St.
Rosemont, IL. 60018

2008L005525   60018
CALENDAR/ROOM N
TIME 00:00
Retaliatory Discharge

298

**SUMMONS**

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602

☐ District 2 - Skokie  
5600 Old Orchard Rd.  
Skokie, IL 60077

☐ District 3 - Rolling Meadows  
2121 Euclid  
Rolling Meadows, IL 60008

☐ District 4 - Maywood  
1500 Maybrook Ave.  
Maywood, IL 60153

☐ District 5 - Bridgeview  
10220 S. 76th Ave.  
Bridgeview, IL 60455

☐ District 6 - Markham  
16501 S. Kedzie Pkwy.  
Markham, IL 60426

☐ Child Support  
28 North Clark St., Room 200  
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: _____  
Name: Roger Scott  
Atty. for: _____  
Address: 7201 S. Paxton  
City/State/Zip: Chgo, IL 60649  
Telephone: (773) 955-4169

WITNESS, _____, _____

MAY 20 2008

(SEAL)

Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____ _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Exhibit A

— COMPLAINT —

MY COMPLAINT IS THAT MY FORMER EMPLOYER, XEROX CAPITAL SERVICES L.L.C., WRONGFULLY TERMINATED MY EMPLOYMENT DUE TO HARASSMENT, RETALIATION AND DISCRIMINATION. I WAS EMPLOYED WITH THE CORPORATION FROM 4/99 THROUGH 10/07 (8 YRS.) AND STRONGLY FEEL THAT I CAN DEMONSTRATE HOW MY RIGHTS WERE VIOLATED BY XEROX CAPITAL SERVICES. MY MOST RECENT POSITION WITH THE CORPORATION WAS A COLLECTOR AND ON MARCH 7, 2007 I WAS DISCIPLINED. SINCE MARCH 8, 2007 THROUGH TO MY DISCHARGE, I WAS SUBJECT TO DIFFERENT TERMS AND CONDITIONS OF EMPLOYMENT WHICH RESULTED IN ME FILING SEVERAL INTERNAL COMPLAINTS. I WAS DISCHARGED ON OCTOBER 5, 2007. I BELIEVE I HAVE BEEN RETALIATED AGAINST FOR ENGAGING IN PROTECTED ACTIVITY, IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AND THE FAMILY MEDICAL LEAVE ACT OF 1993. I FILED COMPLAINTS WITH THE DEPT. OF LABOR, ILLINOIS DEPT. OF HUMAN RIGHTS AS WELL AS THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.

I RECEIVED A NOTICE OF RIGHT TO SUE FROM THE EEOC AFTER THEIR WAS AN INVESTIGATION TO MY CHARGES.