# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Roger L. Scott, Plaintiff | FILED: JULY 09, 2008 |
| | 08 CV 3911 |
| v. | JUDGE COAR |
| | MAGISTRATE JUDGE BROWN |
| Xerox Capital Services LLC, Defendant | RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant

| | |
|---|---|
| NAME (Type or print) | |
| Timothy J. Tommaso | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Timothy J. Tommaso | |
| FIRM | |
| Vedder Price P.C. | |
| STREET ADDRESS | |
| 222 N. LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6293960 | 312-609-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |