IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER L. SCOTT,<br><br>      Plaintiff,<br><br>v.<br><br>XEROX CAPITAL SERVICES LLC,<br><br>      Defendant. | No. 08cv3911<br><br>Judge Coar<br>Magistrate Judge Brown |

**DEFENDANTS' NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**

Defendants, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, respectfully submits the following Notification of Affiliates Disclosure Statement:

1. Xerox Capital Services LLC is a joint venture between GE Capital Information Technology Solutions, Inc. and Xerox Corporation. GE Capital Information Technology Solutions, Inc. owns 81% of Xerox Capital Services LLC. GE Capital Information Technology Solutions, Inc. is a wholly owned indirect subsidiary of General Electric Capital Corporation.

2. Xerox Corporation is a publicly-held company and holds 10% or more ownership interest in Xerox Capital Services LLC.

                                            Respectfully submitted,

                                            XEROX CAPITAL SERVICES LLC

                                            By: s/Timothy J. Tommaso
                                                    One of His Attorneys

- 2 -

Edward C. Jepson, Jr.
Aaron R. Gelb
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated: July 15, 2008

- 2 -

CHICAGO/#1814687.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Defendants' Notification of Affiliates Disclosure Statement* was served on:

Roger L. Scott
7201 S. Paxton
Chicago, IL 60649

by depositing the same in the U.S. Mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on July 15, 2008.

s/ <u>Timothy J. Tommaso</u>
Attorney for Defendant

CHICAGO/#1816112.1