IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER L. SCOTT, | |
| Plaintiff, | |
| v. | 08 CV 3911 |
| XEROX CAPITAL SERVICES LLC, | Judge Coar |
| | Magistrate Judge Brown |
| Defendant. | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Xerox Capital Services LLC ("XCS"), by its attorneys, respectfully moves to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1). As more fully set forth in the Memorandum of Points and Authorities filed contemporaneously herewith, Plaintiff agreed to resolve his employment disputes pursuant to XCS's employee dispute resolution procedures, and thus, his Complaint should be dismissed in its entirety.

WHEREFORE, Defendant Xerox Capital Services LLC respectfully requests this Court to dismiss Plaintiff's Complaint and for such other and further relief as the Court deems just and proper in the circumstances.

Respectfully submitted,

XEROX CAPITAL SERVICES LLC


By: s/ Timothy J. Tommaso
      One of Its Attorneys

CHICAGO/#1812761.1

- 2 -

Edward C. Jepson, Jr.
Aaron R. Gelb
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated: July 16, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Defendant's Motion To Dismiss Plaintiff's Complaint* was served on:

Roger L. Scott
7201 S. Paxton
Chicago, IL  60649

by depositing the same in the U.S. Mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on July 16, 2008.

                                                        s/ Timothy J. Tommaso
                                                            Attorney for Defendant