IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER L. SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>XEROX CAPITAL SERVICES LLC,<br><br>    Defendant. | No. 08 CV 3911<br><br>Judge Coar<br>Magistrate Judge Brown |

### NOTICE OF MOTION

To:   Roger L. Scott
      7201 S. Paxton
      Chicago, IL  60649

On July 29, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Coar or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1419, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Motion to Dismiss Plaintiff's Complaint.

                                           Xerox Capital Services LLC


                                           By: s/ Timothy J. Tommaso
                                               One of Its Attorneys

Edward C. Jepson, Jr. Aaron R. Gelb
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500

Dated:  July 16, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing were served on

Roger L. Scott
7201 S. Paxton
Chicago, IL 60649

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on July 16, 2008.

s/ Timothy J. Tommaso

CHICAGO/#1816374.1