**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Roger L. Scott
                        Plaintiff,

v.                                                 Case No.: 1:08–cv–03911
                                                 Honorable David H. Coar

Xerox Capital Services LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable David H. Coar:Defendant is ordered to supplement the pending motion to dismiss [8] by explaining whether the joint venture between GE Capital Corporation and Xerox Corporation still exists. Said supplement to be filed by 7/28/08. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.