IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER L. SCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>XEROX CAPITAL SERVICES LLC,<br><br>        Defendant. | 08 CV 3911<br><br>Judge Coar<br>Magistrate Judge Brown |

**DEFENDANT'S AMENDED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to this Court's July 21, 2008 order (Docket Entry # 11), Defendant Xerox Capital Services LLC ("XCS"), by its attorneys, respectfully submits its Amended Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1). As set forth in the Amended Memorandum of Points and Authorities filed contemporaneously herewith, the joint venture established between Xerox Corporation and General Electric Capital Corporation, called Xerox Capital Services LLC, still continues to exist.

As also more fully set forth in the Amended Memorandum of Points and Authorities filed contemporaneously herewith, Plaintiff agreed to resolve his employment disputes pursuant to XCS's employee dispute resolution procedures, and thus, his Complaint should be dismissed in its entirety.

WHEREFORE, Defendant Xerox Capital Services LLC respectfully requests this Court to dismiss Plaintiff's Complaint and for such other and further relief as the Court deems just and proper in the circumstances.

- 2 -

        Respectfully submitted,

        XEROX CAPITAL SERVICES LLC


        By:  s/ Timothy J. Tommaso
                  One of Its Attorneys

Edward C. Jepson, Jr.
Aaron R. Gelb
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500

Dated: July 24, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Defendant's Amended Motion To Dismiss Plaintiff's Complaint* was served on:

>Roger L. Scott
>7201 S. Paxton
>Chicago, IL  60649

by depositing the same in the U.S. Mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on July 24, 2008.

>s/ Timothy J. Tommaso
>Attorney for Defendant

CHICAGO/#1819324.1