## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Roger L. Scott

                                Plaintiff,

v.                                                       Case No.: 1:08–cv–03911
                                                         Honorable David H. Coar

Xerox Capital Services LLC

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable David H. Coar: Motion hearing held on 7/29/2008 regarding motion to dismiss [8]. The Court recused himself for the reasons stated on the record, and will request for reassignment.Motion to dismiss [8] to be re−noticed before the new assigned judge. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.