

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** ROGER SCOTT
(Please print)

**STREET ADDRESS:** 7201 S. PAXTON

**CITY/STATE/ZIP:** Chgo, IL. 60649

**PHONE NUMBER:** (773) 955-4169

**CASE NUMBER:** 08C3911

_Roger Scott_
Signature

9/3/08
Date

FILED
SEP - 3 2008
SEP 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT